*MARK E. COHEN, ESQ.*
*ATTORNEY AT LAW*
*108-18 QUEENS BOULEVARD*
*4TH FLOOR, SUITE 3*
*FOREST HILLS, NEW YORK 11375*
----------
*Telephone (718) 258-1500*
*Facsimile (718) 793-1627*

October 22, 2018

HONORABLE ELIZABETH S. STONG
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

      Re:    Lesley L. Nieuwkerk, Chapter 13 Debtor
             EDNY Case No. 1-18-42994-ess

Dear Judge Stong:

     As attorney for the Chapter 13 debtor, I am submitting this letter to advise the Court as to the status of the loss mitigation pending in this matter.

     By letter dated October 11, 2018, the secured creditor advised the debtor that debtor had been denied a loan modification. Thereafter, upon careful review, the debtor has elected to consent to the termination of the loss mitigation proceeding in this Chapter 13 case.

     Thanking you for your courtesy in this matter, I am

                             Respectfully yours,

                             s/*Mark E. Cohen, Esq.*
                             MARK E. COHEN, ESQ.

MEC:ms

cc:    Woods Oviatt Gilman LLP, Attorneys for Secured Creditor [By ECF Only]