*MARK E. COHEN, ESQ.*
*ATTORNEY AT LAW*
*108-18 QUEENS BOULEVARD*
*4TH FLOOR, SUITE 3*
*FOREST HILLS, NEW YORK 11375*
----------
*Telephone (718) 258-1500*
*Facsimile (718) 793-1627*

November 5, 2018

HONORABLE ELIZABETH S. STONG
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

      Re:    Lesley L. Nieuwkerk, Chapter 13 Debtor
               EDNY Case No. 1-18-42994-ess

Dear Judge Stong:

      As attorney for the Chapter 13 debtor, I am submitting this letter to advise the Court that the debtor has no opposition to the Trustee's pending motion to dismiss this Chapter 13 case.

      Thanking you for your courtesy in this matter, I am

                        Respectfully yours,

                        s/*Mark E. Cohen, Esq.*
                        MARK E. COHEN, ESQ.

MEC:ms

cc:  Marianne DeRosa, Esq., Chapter 13 Trustee